Sonya L. Smallets, Esq. (SBN226190)
Aaron P. Minnis, Esq. (SBN202935)
Sean D. McHenry, Esq. (SBN284175)
MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
E: sonya@minnisandsmallets.com

Attorneys for Plaintiff
JONATHAN LICHTMAN

SEYFARTH SHAW LLP
Francis J. Ortman (SBN 213202)
fortman@seyfarth.com
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
INFOCROSSING, INC. and WIPRO LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| JONATHAN LICHTMAN, | **Case No.:** 15-cv-00525-JSW |
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| INFOCROSSING, INC.; WIPRO LIMITED; & DOES 1 THROUGH 10, INCLUSIVE, | Judge: Hon. Jeffrey S. White<br>Courtroom: 5 – 2nd Floor |
| DEFENDANTS. | Complaint filed: December 3, 2014 |

-1-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 15-cv-00525-JSW

1  The parties hereby stipulate to and request that the Court continue the
2  Case Management Conference scheduled for May 8, 2015, as Plaintiff's
3  counsel has a scheduling conflict.  Defense counsel in another case has just
4  informed Plaintiff's counsel that May 8 is the only date on which a key
5  witness is available for deposition prior to a previously scheduled mediation.
6  Counsel are available for a Case Management Conference on May 22 and
7  May 29.

**DATED:** April 21, 2015

MINNIS & SMALLETS LLP

by: ___/s/ Sonya L. Smallets_____
SONYA L. SMALLETS, ESQ.
Attorneys for Plaintiff
JONATHAN LICHTMAN

**DATED**: April 21, 2015

SEYFARTH SHAW LLP

by: ___/s/ Eric Lloyd_____
ERIC LLOYD, ESQ.
Attorneys for Defendants
INFOCROSSING, INC. and WIPRO
LIMITED

    IT IS ORDERED that the Case Management Conference in this matter
is continued to ___May 22, 2015 at 11:00 a.m._____.

**DATED:**                                          by: ___/s/ Jeffrey S. White_____
                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 15-cv-00525-JSW