SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202)
fortman@seyfarth.com
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendants
INFOCROSSING, INC. and WIPRO LIMITED

UNITED STATES DISTRICT COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JONATHAN LICHTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>INFOCROSSING, INC.; WIPRO LIMITED; & DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No.  4:15-cv-00525-JSW<br><br>**DEFENDANTS' REQUEST FOR ERIC M. LLOYD TO APPEAR AT UPCOMING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

      Defendants INFOCROSSING, INC. and WIPRO, LIMITED ("Defendants"), by their undersigned counsel, hereby request that their lead trial counsel, Francis J. Ortman III, be excused from attending the May 22, 2015 Case Management Conference for good cause.

      Specifically, Mr. Ortman will be in San Bernadino County on May 22, 2015, preparing for trial in *Terry v. Winco Holdings, Inc.*, Superior Court for the State of California, County of San Bernardino, Case No. CIVDS 1404554 ("Terry").  Trial of the *Terry* matter is scheduled to commence on May 26, 2015.

      Defendants therefore request that Eric M. Lloyd (State Bar No. 254390), be permitted to attend the Case Management Conference in lieu of Mr. Ortman.  Mr. Lloyd is a Senior Associate with Seyfarth

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL FROM CMC FOR GOOD CAUSE

19923831v.1

Shaw LLP, is assigned to work on this case with Mr. Ortman, is familiar with the facts and allegations in this case, and has filed a Notice of Appearance.

In the alternative, Defendants respectfully request that Mr. Ortman be permitted to participate in the Case Management Conference telephonically.

WHEREFORE, for the foregoing reasons, Defendants pray that the Court excuse Mr. Ortman from attending the May 22, 2015 Case Management Conference and permit Mr. Lloyd to attend in his absence; or, alternatively, permit Mr. Ortman to participate telephonically.

DATED: May 19, 2015

Respectfully submitted,

SEYFARTH SHAW LLP


By: _____/s/ Eric M. Lloyd_____
      Francis J. Ortman III
      Eric M. Lloyd

Attorneys for Defendants
INFOCROSSING, INC. and WIPRO, LIMITED


### [~~PROPOSED~~] ORDER

Good cause appearing, Defendants' Request to excuse Lead Trial Counsel from attending the upcoming May 22, 2015, Case Management Conference is hereby granted. Eric M. Lloyd of Seyfarth Shaw LLP is hereby permitted to attend the Case Management Conference, provided he is empowered to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

Dated: May  20 , 2015

__/s/ Jeffrey S. White__
Honorable Jeffrey S. White
United States District Judge

---

2

APPLICATION TO EXCUSE LEAD TRIAL COUNSEL FROM CMC FOR GOOD CAUSE

19923831v.1