United States District Court
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JONATHAN LICHTMAN,
10            Plaintiff,                        No. C 15-00525 JSW
11       v.
12   INFOCROSSING INC. ET AL.,              **ORDER OF REFERRAL TO**
                                            **MAGISTRATE JUDGE FOR ALL**
13            Defendants.                    **PURPOSES**
                                    /
14
15       Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
16   matter is HEREBY REFERRED to Magistrate Judge Paul S. Grewal for all further proceedings.
17   The Magistrate Judge may consider retaining the discovery and pretrial dates set by this Court
18   but are not bound by them.
19       **IT IS SO ORDERED.**
20
21   Dated:   June 1, 2015                   _____
22                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
23
24
25   cc: Magistrate Judge Referral Clerk
26
27
28