UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LICHTMAN<br><br>Plaintiff,<br><br>v.<br><br>INFOCROSSING, INC., et al.,<br><br>Defendants. | Case No. 15-cv-00525-PSG  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: August 12, 2015<br>Mediator: Claudia Viera |

IT IS HEREBY ORDERED that the request to excuse defendants' insurance carrier from appearing in person at the August 12, 2015, mediation before Claudia Viera is GRANTED; however, the court DENIES the request to excuse the insurance carrier from participating entirely in the session. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: August

Maria-Elena James
United States Magistrate Judge