UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN LICHTMAN, | Case No. 5:15-cv-00525-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 37)** |
| INFOCROSSING, INC., et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is November 16, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Deadline to Exchange Initial Disclosures .......................................................November 2, 2015

Fact Discovery Cut-Off ..................................................................................... June 6, 2016

---

[1] *See* Docket No. 37.

1

Case No. 5:15-cv-00525-PSG
CASE SCHEDULING ORDER

| | |
|---|---|
| Dispositive Motions Hearing | July 26, 2016 at 10:00 AM |
| Expert Designation Deadline | August 22, 2016 |
| Pre-Trial Conference | August 30, 2016 at 10:00 AM |
| Jury Trial | September 26, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: September 15, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge