1  SEYFARTH SHAW LLP
   Francis J. Ortman (SBN 213202)
2  *fortman@seyfarth.com*
   Eric M. Lloyd (SBN 254390)
3  *elloyd@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendants
   INFOCROSSING, INC. and WIPRO LIMITED
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | JONATHAN LICHTMAN,              ) Case No. 3:15-cv--00525-PSG
   |                                 )
12 |              Plaintiff,          ) **NOTICE OF SETTLEMENT;**
   |                                 ) **[PROPOSED] ORDER**
13 |       v.                        )
   |                                 ) Judge: Hon. Paul S. Grewal
14 | INFOCROSSING, INC; WIPRO LIMITED; & )
   | DOES 1 through 10, inclusive,   ) Complaint Filed:  December 3, 2014
15 |                                 )
   |              Defendant.          )
16 |                                 )
                                     )

**PLEASE TAKE NOTICE THAT** Plaintiff JONATHAN LICHTMAN and Defendants INFOCROSSING, INC. and WIPRO LIMITED ("Defendants") (collectively the "Parties") have reached an agreement to resolve the above-captioned case in full. The Parties anticipate filing a Joint Request for Dismissal within the next sixty (60) days. In light of the Parties' settlement, the Parties request that all pending deadlines be vacated.

DATED: March 25, 2016                    SEYFARTH SHAW LLP

By   /s/ Eric M. Lloyd
Francis J. Ortman
Eric M. Lloyd
Attorneys for Defendant
INFOCROSSING, INC. and WIPRO
LIMITED

DATED: March 25, 2016                    MINNIS & SMALLETS LLP

By   /s/ Sonya L. Smallets
Sonya L. Smallets
Attorneys for Plaintiff
JONATHAN LICHTMAN

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Eric M. Lloyd
Eric M. Lloyd

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, all deadlines in the above-captioned matter are hereby **VACATED** pending the anticipated filing of a Joint Request for Dismissal.

**IT IS SO ORDERED.**

DATED: March 28       , 2016

HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE